

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00756-CV

Valley Baptist Medical Center - Brownsville
v.
Rosalinda Battles, Gerald Battles, as Surviving Spouse of Rosalinda Battles, Amanda Giselle Battles, as Surviving Child of Rosalinda Battles, and Jeremy Blake Battles, as Surviving Child of Rosalinda Battles

On Appeal from the
444th District Court of Cameron County, Texas
Trial Cause No. 2013-DCL-4983-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed in part and rendered in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court REVERSED IN PART and RENDERED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and against appellee.

We further order this decision certified below for observance.

June 25, 2015